846

HELEN MELIA and JAMES MELIA v. GARAGE TOWN, INC., Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted in so far as to stay all proceedings to enforce the judgment until the granting or final refusal of a motion for leave to appeal by the Court of Appeals, upon condition, however, that appellants file the undertakings specified in sections 593 and 594 of the Civil Practice Act. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

JOSEPHINE PARKAS v. PETER PARKAS.— Motion for resettlement of order entered in this court on October 18, 1940, denied, with ten dollars costs. [See 260 App. Div. 858.] Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

HERMAN HAUSSMANN and Another v. THE COLONIAL TRUST COMPANY.— Motion for for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

JOHN A. BLAKE, as Trustee in Bankruptcy of R. WEIDEN & SONS, INC., v. FRANK WEIDEN.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

LOUIS GALLOPIN v. INTERNATIONAL COMMITTEE OF BANKERS ON MEXICO and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

CORPORATE PROPERTIES, INC., v. THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

EDITH K. TATNELL v. WILLIAM ZIVAN.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs and stay vacated. Present — Martin, P. J., O'Malley, Townley, Glennon and Cohn, JJ.

HARRIET M. SMITH v. CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., as Successor to THE NEW YORK EDISON COMPANY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

RAYMOND J. KINNERE, Doing Business under the Firm Name and Style of EXCEL METAL PRODUCTS COMPANY, v. MONTGOMERY WARD & CO., INCORPORATED.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, and Glennon, JJ.

In the Matter of the Application of EDWARD F. SHANBACKER for an Order Relieving Him of His Default in Filing His Notice to Take His Elective Share against the Will of ALICE B. SHANBACKER, Deceased, and Permitting Him to File and Record Such Notice in the Office of the Clerk of This Court. FREDERICK B. SHANBACKER. EDWARD F. SHANBACKER.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.